# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00408-MOC-DSC

| | |
|---|---|
| NOEL TORRES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ZOETIS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Defendants' "Motion[s] for Admission Pro Hac Vice and Affidavit [for Jonathan A. Roth and Stephanie E. Lewis]" (documents # 7 and 8) filed August 22, 2017. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: August 23, 2017

David S. Cayer
United States Magistrate Judge